## Commonwealth, Appellant, *v.* Radick.

Argued December 4, 1974. *Stewart J. Greenleaf,* Assistant District Attorney, with him *J. David Bean,* Assistant District Attorney, *William T. Nicholas,* First Assistant District Attor-

ney, and *Milton O. Moss,* District Attorney, for Commonwealth, appellant; *Mark Stephen Syrnick,* submitted a brief for appellee.

Order affirmed.

VAN DER VOORT, J., absent.